<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TELEBRANDS CORP.,** <br><br> Plaintiff, <br><br> v. <br><br> **MOPNADO,** <br><br><br> Defendant. | Civil Action No. 14-7969 (JLL) (JAD) <br><br><br> ORDER |

**THIS MATTER** comes before the Court by way of United States Magistrate Judge Joseph A. Dickson's January 12, 2016 Report and Recommendation (ECF No. 31 ("R&R")), recommending that the undersigned deny Defendant's motion to dismiss Plaintiff's complaint for lack of jurisdiction, to transfer the matter for lack of venue, or to transfer the matter for convenience. Objections to the R&R were due on January 26, 2016. No such objections were filed. For good cause shown,

**IT IS** on this ___28th___ day of January, 2016,

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson (ECF No. 31) is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 15) is hereby DENIED.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge