

ONE RIVERFRONT PLAZA
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 14, 2016

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Jose L. Linares, U.S.D.J.
US District Court for the District of NJ
Martin Luther King Jr. Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *Telebrands Corp. v. Mopnado*
     Civil Action No. 14-7969 (JLL/JAD)

Dear Judge Linares:

  This firm, together with Cooper & Dunham LLP, represents Plaintiff-Counterclaim Defendant Telebrands Corp. in connection with the above-referenced matter. On behalf of the parties, enclosed please find a Stipulation and proposed Order of Dismissal. If the enclosed meets with Your Honor's approval, the parties respectfully request that it be entered.

  As always, we thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions or need anything further.

              Respectfully submitted,

              *s/Liza M. Walsh*

              Liza M. Walsh

Enclosure
cc: All Counsel of Record (via ECF and e-mail)