IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TELEBRANDS CORP., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> A-THREAD APPAREL, LLC, a Delaware limited liability company; Erroneously Sued as MOPNADO, <br><br> Defendant-Counterclaim Plaintiff. | Civil Action No. 2:14-cv-07969-JLL-JAD <br><br> Electronically Filed |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** that the parties to this action have reached a settlement which is the subject of a separate settlement agreement;

It is on this 14TH day of December, 2016,

ORDERED that this action, including all claims and counterclaims, be and is hereby dismissed **with prejudice** as to all parties, with each party bearing the entirety of its own attorneys' fees and costs.

ORDERED that this Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

IT IS SO STIPULATED this 14TH day of December 2016.

By: *s/Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz
Katelyn O'Reilly
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza

By: *s/Lawrence D. Mandel*
Lawrence D. Mandel
GERTNER MANDEL, LLC
PO Box 301
Lakewood, New Jersey 08701
Tel: (732) 363-3333

1037 Raymond Blvd., Suite 600  
Newark, New Jersey 07102  
Tel: (973) 757-1100  
Fax: (973) 757-1090  
lwalsh@thewalshfirm.com  
hruiz@thewalshfirm.com  
koreilly@thewalshfirm.com  

lmandel@gmplaw.net  

*Of Counsel:*  
Robert T. Maldonado (admitted *pro hac vice*)  
Elana B. Araj (admitted *pro hac vice*)  
COOPER DUNHAM LLP  
30 Rockefeller Plaza  
New York, New York 10112  
Tel: (212) 278-0400  
Fax: (212) 391-0525  
rmaldonado@cooperdunham.com  
earaj@cooperdunham.com  

*Attorneys for Telebrands Corp.*

*Of Counsel*:  
Michael N. Cohen (admitted *pro hac vice*)  
COHEN IP LAW GROUP P.C.  
9025 Wilshire Blvd., Suite 301  
Beverly Hills, CA 90211  
Tel: (310) 288-4500  
Fax: (310) 246-9980  
mcohen@cohenip.com  

*Attorneys for Mopnado*

It is SO ORDERED this 14TH day of December, 2016

_____  
THE HONORABLE JOSE L. LINARES  
UNITED STATES DISTRICT JUDGE